FILED

JUL 2 2 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| vs. | ) | |
| | ) | |
| COLBY A. BESORE, | ) | **4:26CR336 SEP/RHH** |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about April 13, 2026, in the county of Jefferson, within the Eastern District of Missouri,

**COLBY A. BESORE,**

the defendant herein, did forcibly break into the Herculaneum post office, a building used in whole or in part as a post office, with intent to commit in such post office, or building or part thereof, so used, larceny or other depredation.

In violation of Title 18, United States Code, Section 2115.

A TRUE BILL

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____
CATHERINE M. HOAG, #67500MO
Assistant United States Attorney